**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| MAYRA A. E. QUEZADA,<br><br>                    Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social<br>Security,<br><br>                    Defendant. | Case No. CV 20-5553-PA(AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant.

DATED:  October 27, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE